**MOONEY WIELAND WARREN**
Jaren Wieland, ISB No. 8265
512 W. Idaho St., Ste 103
Boise, ID 83702
Tel.: (208) 401-9219
Fax: (888) 234-8543
Email: jaren.wieland.service@mooneywieland.com

*Local Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAMB WESTON HOLDINGS, INC., THOMAS P. WERNER, and BERNADETTE M. MADARIETA,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff West Palm Beach Firefighters' Pension Fund, discloses that it is a non-corporate party and has no owners.

Dated August 2, 2024

/s/ Jaren Wieland
Jaren Wieland, ISB No. 8265
**MOONEY WIELAND WARREN**
512 W. Idaho St., Suite 103
Boise, ID 83702
Tel.: (208) 401-9219
Fax: (888) 234-8543
Email: jaren.wieland.service@mooneywieland.com

*Local Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund*

**SAXENA WHITE P.A.**
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
Email: lhooker@saxenawhite.com

-and-

Rachel A. Avan (*pro hac vice* forthcoming)
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
Email: ravan@saxenawhite.com
       mduenas@saxenawhite.com

*Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
Bonni S. Jensen
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com
       bonni@robertdklausner.com

*Additional Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund*